UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT SOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 20-cv-04194-SVK<br><br>**ORDER TO SHOW CAUSE** |

The complaint in this case was filed on June 25, 2020. Dkt. 1. On September 25, 2020, the Court issued an order *sua sponte* continuing the Initial Case Management Conference that was scheduled for September 29, 2020. *Id.* The Court also granted Plaintiff permission for electronic filing. *Id.* In addition, the Court's September 25 order stated as follows:

> The Court notes that under Federal Rule of Civil Procedure 4(m), service of summons and complaint must be made within 90 days after the Complaint is filed. Therefore, service in this case was due by September 23, 2020. No later than **October 7, 2020**, Plaintiff must file either a proof of service or a request for an extension of the deadline for service, properly supported by a declaration in accordance with Civil Local Rule 6-3(a). Failure of Plaintiff to respond to this Order will result in issuance of an Order to Show Cause why this case should not be dismissed.

As of the date of this order, nearly a month has passed since the deadline set in the September 25 order, but the Court has not received either by e-filing or by mail a proof of service of the summons and complaint or a request for an extension of the deadline for service.

Plaintiff shall appear on **December 15, 2020 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed. Additionally, Plaintiff shall file a statement in response to this Order no later than **December 8, 2020**. Failure of Plaintiff to file a response to this order or to appear at the hearing will result in issuance of an order reassigning this case to a District Judge with a recommendation that the case be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: November 6, 2020

SUSAN VAN KEULEN
United States Magistrate Judge